1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRANS-HIGH CORPORATION, INC. d/b/a High Times, <br><br> Plaintiff, <br><br> v. <br><br> NORTH WEST HARVEST FEST; NORTHERN CROSS COLLECTIVE GARDENS; MARTIN NICKERSON; JOHN DOES 1-10 and XYZ CORPORATIONS 1-10, <br><br> Defendants. | Case No. <br><br> COMPLAINT |

**COMPLAINT**

Plaintiff, Trans-High Corporation, Inc., for its Complaint against Defendants, North West Harvest Fest; Northern Cross Collective Gardens; Martin Nickerson; John Does 1-10; and XYZ Corporations 1-10, hereby alleges as follows:

COMPLAINT - 1

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

## NATURE OF ACTION

1.     Plaintiff brings this action for (i) trademark counterfeiting under § 32(1) of the Lanham Act of 1946, as amended, 15 U.S.C. § 1114; (ii) trademark infringement in violation of § 32(1) of the Lanham Act, 15 U.S.C. § 1114; (iii) false representations, descriptions and designations of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (iv) unfair methods of competition and trade practices in business and fraudulent misrepresentation in violation of the Washington Consumer Protection Act, R.C.W. § 19.86.020; (v)  unfair competition in violation of the common law of the State of Washington; and (vi) trademark infringement in violation of the common law of the State of Washington.

2.     For many years, Plaintiff has marketed its well-known counter-culture publication HIGH TIMES magazine and various goods and services related to the subject of cannabis, drug law reform and alternative lifestyles, under its distinctive HIGH TIMES and related trademarks.  As further set forth herein, Plaintiff has also organized cannabis-themed festivals and events, including the well-known CANNABIS CUP events.  In an attempt to profit from the goodwill Plaintiff has developed in its CANNABIS CUP brand and to confuse and mislead the consuming public into believing that Defendants are affiliated with or endorsed by Plaintiff, Defendants have willfully infringed those marks by adopting the identical name "Cannabis Cup" to promote their cannabis-themed event.

3.     Plaintiff brings this action for damages and injunctive relief, among other reasons, (i) to prevent Defendants from infringing Plaintiff's trademarks and (ii) to obtain damages and other appropriate relief resulting from the violations as set forth herein.

COMPLAINT - 2

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

**JURISDICTION AND VENUE**

4.    This Court has jurisdiction over the claims arising under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

5.    This Court has supplemental jurisdiction over the claims arising under the laws of the State of Washington pursuant to 28 U.S.C. § 1367.

6.    Venue is proper pursuant to 28 U.S.C. § 1391 because one or more of the Defendants resides in this District.

**THE PARTIES**

7.    Plaintiff is a corporation organized and existing under the laws of the State of New York, with offices located at 250 West 57th Street, Suite 920, New York, New York 10107.

8.    Plaintiff is engaged, *inter alia*, in the business of publishing HIGH TIMES magazine, in organizing and hosting cannabis-themed festivals, seminars, contests and other events throughout the United States and around the world, and in merchandising and selling a wide variety of related goods and services.

9.    Upon information and belief, Defendant North West Harvest Fest ("NW Harvest Fest") is an entity, the exact nature of which is unknown, engaged in the business of promoting and organizing a cannabis-themed event, namely the North West Harvest Fest.

10.   Upon information and belief, Defendant Northern Cross Collective Gardens ("Northern Cross") is a corporation organized and existing under the laws of the State of Washington, with an address at 1311 Cornwall Avenue, Bellingham, Washington 98103, and is engaged in the business of promoting and organizing a cannabis-themed event, namely the North West Harvest Fest.

COMPLAINT - 3

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

11.   Upon information and belief, Defendant Martin Nickerson ("Nickerson") is an individual and the sole director of Northern Cross, and is the active and driving force behind the conduct of Northern Cross.

12.   Upon information and belief, Defendants John Does 1-10 ("John Does") are individuals who reside or do or transact business in this District, and have engaged and participated, directly or contributorily, in the unlawful acts set forth herein.  The true identities of Defendants John Does 1-10 are not presently known to Plaintiff.  Plaintiff will amend its complaint upon discovery of the identities of such Defendants.

13.   Upon information and belief, Defendants XYZ Corporations 1-10 ("XYZ Corps") are businesses that reside or do or transact business in this District, and have engaged and participated, directly or contributorily, in the unlawful acts set forth herein.  The true identities of Defendants XYZ Corporations 1-10 are not presently known to Plaintiff.  Plaintiff will amend its complaint upon discovery of the identities of such Defendants.  Hereinafter NW Harvest Fest, Northern Cross, Nickerson, John Does and XYZ Corporations are sometimes referred to collectively as "Defendants."

## FACTUAL BACKGROUND

*Plaintiff's Business and Trademarks*

14.   Plaintiff has been publishing HIGH TIMES magazine, a monthly periodical, since 1974.  HIGH TIMES magazine is widely recognized as the largest and most influential publication in the world covering hemp counterculture, and focusing on the medical and recreational uses of marijuana and the reformation of drug laws.  Celebrities such as Arnold Schwarzenegger, Oliver Stone, Bob Dylan, Jerry Garcia, Jimmy Buffet, Jack Black, Sacha Baron Cohen, Woody Harrelson, Mick Jagger and Bob Marley have been featured on the cover of the magazine, and some of the leading literary and cultural voices of the 20th Century, such as writers William S. Burroughs, Truman Capote, Hunter S. Thompson and

COMPLAINT - 4

Vandeberg Johnson & Gandara, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

Bruce Jay Friedman, visual artist Andy Warhol, musicians Frank Zappa, Joey Ramone and Peter Tosh, and political activist Jerry Rubin, among many others, have contributed material to the publication.

15.   Plaintiff, in addition to being the publisher of HIGH TIMES magazine, is the organizer and promoter of several festival events, including the CANNABIS CUP events.

16.   Plaintiff has used marks including the term CANNABIS CUP in connection with its sponsorship and organization of well-known and highly publicized events and competitions, such as the international CANNABIS CUP event held annually in Amsterdam since 1987, and the MEDICAL CANNABIS CUP event, first held in San Francisco, California in 2010, with subsequent events taking place in Los Angeles, California, Denver, Colorado and Seattle, Washington.   Plaintiff held the U.S. CANNABIS CUP event on April 20, 2013 in Denver, Colorado and will be holding another U.S. CANNABIS CUP event on September 7-8, 2013 in Seattle, Washington, which is the same time period during which Defendants will be holding their event that infringes upon Plaintiff's trademark.

17.   Plaintiff is the owner of the following federal trademark registrations for CANNABIS CUP and related marks (the "CANNABIS CUP Marks") on the Principal Register of the United States Patent & Trademark Office:

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| CANNABIS CUP | 2289974 | 11/2/99 | Class 16: Books in the field of cannabis<br>Class 25: Clothing, namely t-shirts |
| CANNABIS CUP | 2581279 | 6/18/02 | Class 35: Organization and arrangement of conventions and fairs in the field of cannabis<br>Class 41: Organization and arrangement of exhibitions, harvest festivals featuring a variety of activities, namely art and craft exhibitions, organization and arrangement of educational and instructional seminars and conferences in the field of |

COMPLAINT - 5

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| | | | cannabis; organization and arrangement of exhibitions for educational, cultural and entertainment purposes in the field of cannabis |
| MEDICAL CANNABIS CUP | 4272627 | 1/8/13 | Class 16: Series of books about hemp; posters Class 25: T-shirts, sweatshirts, caps |
| MEDICAL CANNABIS CUP | 4259895 | 12/18/12 | Class 41: Organization and arrangement of educational and instructional seminars and conferences regarding legal, medical and political developments and societal attitudes about medical marijuana not including the provision or display of marijuana, marijuana-based preparations, or marijuana extracts or derivatives, synthetic marijuana, or other substances controlled by the controlled substances act; organization and arrangement of exhibitions for educational, cultural and entertainment purposes regarding legal, medical, and political developments and societal attitudes about medical marijuana not including the provision or display of marijuana, marijuana-based preparations, or marijuana extracts or derivatives, synthetic marijuana, or other substances controlled under the controlled substances act; organization and arrangement of musical exhibitions |

18.  Registration Numbers 2289974 and 2581279 are incontestable.

19.  Plaintiff is also the owner of a number of domain names that incorporate

Plaintiff's CANNABIS CUP Marks, including CANNABISCUP.COM,

HIGHTIMESCANNABISCUP.COM, MEDICALCANNABISCUP.US and

MEDCANCUP.COM

COMPLAINT - 6

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

20.   As a result of Plaintiff's widespread use of its CANNABIS CUP Marks in connection with its products and services, Plaintiff's substantial investment of time, money and effort in advertising and promoting its CANNABIS CUP Marks and the services offered thereunder, and the unsolicited media attention the CANNABIS CUP Marks have received, the CANNABIS CUP Marks have developed substantial public recognition among members of the consuming public.

21.   As such, the CANNABIS CUP Marks operate as unique source identifiers associated with Plaintiff and its products and services, and possess significant goodwill of great value to Plaintiff.

***Defendants' Unlawful Activities***

22.   Upon information and belief, Defendants are engaged in the business of organizing and promoting cannabis-themed events.  In fact, Defendants are advertising, for the very same weekend as Plaintiff's CANNABIS CUP event in Seattle, September 7-8, 2013, a competing CANNABIS CUP event to be held in Bow, Washington.  Attached hereto as Exhibit A are printouts from Defendants' website and copies of advertisements for Defendants' knock-off event.

23.   Defendants' CANNABIS CUP mark (the "Infringing Mark") is identical to Plaintiff's CANNABIS CUP mark, and confusingly similar to the CANNABIS CUP Marks, and conveys the same commercial impression.

24.   Upon information and belief, Defendants are attempting to trade upon Plaintiff's intellectual property, reputation and goodwill by using the Infringing Marks in an effort to mislead the public into thinking that Defendants are affiliated with or licensed by Plaintiff.

25.   Given the identical or near-identical nature of the Infringing Mark to the CANNABIS CUP Marks, and the services they respectively designate, consumers familiar with Plaintiff's CANNABIS CUP events will likely assume, incorrectly, that Defendants'

COMPLAINT - 7

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

services originate with Plaintiff or that there is an affiliation between the parties, or that Plaintiff has sponsored, endorsed, or approved Defendants' services.

26.   Use of the Infringing Mark in connection with Defendants' services is likely to cause confusion as to the source and origin of Defendants' services and to cause mistake, or to deceive the public by misleading consumers into believing that Defendant's services emanate from, are approved, authorized, endorsed or sponsored by, or are in some way associated or connected with Plaintiff.

27.   On information and belief, Defendants were aware of Plaintiff's CANNABIS CUP Marks prior to their use of the Infringing Mark, but chose nevertheless to violate Plaintiffs' rights with regard to those marks.

28.   Plaintiff's counsel sent a letter to Defendants advising them that their use of the Infringing Mark violated Plaintiff's exclusive rights in the CANNABIS CUP Marks, and demanding that Defendants cease any and all use of the Infringing Mark in connection with Defendants' cannabis-themed services and website.  As of yet, Defendants have refused to comply with or otherwise respond to Plaintiff's demands.

29.   Defendants' conduct as described above has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law.

## FIRST CAUSE OF ACTION

### (TRADEMARK COUNTERFEITING – FEDERAL)

30.   Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 29 hereof with the same force and effect as if fully set forth herein.

31.   Upon information and belief, notwithstanding Plaintiff's well-known and prior rights in the CANNABIS CUP Marks, Defendants have offered for sale and sold counterfeit services and goods to the consuming public and/or the trade in direct competition with

COMPLAINT - 8

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1  Plaintiff's sale of genuine services and goods, in or affecting interstate commerce.

2      32.    Defendants' use of copies or simulations of the CANNABIS CUP Marks is

3  likely to cause and is causing confusion, mistake and deception among the general

4  purchasing public as to the origin of Defendants' counterfeit services and goods, and is likely

5  to deceive the public into believing that the counterfeit services and goods being offered and

6  sold by Defendants originate from, are associated with or are otherwise authorized by

7  Plaintiff, all to the damage and detriment of Plaintiff's reputation, goodwill and sales.

8      33.    Defendants' aforesaid actions constitute trademark counterfeiting in violation

9  of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

10      34.    Plaintiff has no adequate remedy at law and, if Defendants' activities are not

11  enjoined, will continue to suffer irreparable harm and injury to its goodwill and reputation.

12

13  

**SECOND CAUSE OF ACTION**

**(TRADEMARK INFRINGEMENT – FEDERAL)**

14

15      35.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in

16  paragraphs 1 through 34 hereof with the same force and effect as if fully set forth herein.

17      36.    This claim arises under the provisions the Lanham Act, 15 U.S.C. § 1114(1),

18  and is for infringement of registered trademarks.

19      37.    Defendants' use of the Infringing Marks is intended to capitalize on the good

20  will and reputation of Plaintiff's registered CANNABIS CUP Marks.

21      38.    The activities of Defendants complained of herein constitute willful and

22  intentional infringement of Plaintiff's CANNABIS CUP Marks.

23      39.    The activities of Defendants complained of herein constitute willful and

24  intentional infringement of Plaintiff's CANNABIS CUP Marks in disregard of Plaintiff's

25  rights, and were commenced and have continued in spite of Defendants' knowledge that the

26  unauthorized use of Plaintiff's CANNABIS CUP Mark, or a copy or colorable imitation

COMPLAINT - 9

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

thereof, was, and is, in direct contravention of Plaintiff's rights.

40.    Defendants' use of Plaintiff's CANNABIS CUP Marks is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to, and does, create the impression that Defendants' products emanate from, are approved or sponsored by, or are in some way associated or connected with Plaintiff's products and services, when in fact they are not.

41.    Plaintiff has no adequate remedy at law and is suffering immediate and irreparable harm and damage as a result of the acts of Defendants complained of herein in an amount thus far not determined.

**THIRD CAUSE OF ACTION**
**(UNFAIR COMPETITION – FEDERAL)**

42.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 41 hereof with the same force and effect as if fully set forth herein.

43.    This claim arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and alleges the use in commerce of false designations of origin in false descriptions in representations.

44.    Defendants have used, and will continue use, in connection with their sale and marketing of services and products , false designations of origin and false designations, words, which tend falsely to describe or represent that such services and products are Plaintiff's services or products or are approved or sponsored by Plaintiff, and/or that Defendants are affiliated, sponsored, owned or controlled by Plaintiff, and have caused or will cause such services and products to enter into commerce with full knowledge of the falsity of such misleading designations of origin in such descriptions and representations, all to the detriment of Plaintiff.

45.    Upon information and belief, Defendants have offered or will offer for sale services and products using copies, or colorable imitations, of Plaintiff's CANNABIS CUP

COMPLAINT - 10

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

Marks with the express intent to cause confusion and mistake, to deceive and mislead the purchasing public, to trade upon the reputation of Plaintiff, and improperly to appropriate the valuable trademark rights of Plaintiff.

46.   Plaintiff has no adequate remedy at law, and is suffering immediate and irreparable harm and damage as a result of the acts of Defendants complained of herein in an amount thus far not determined.

## FOURTH CAUSE OF ACTION
## (VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT)

47.   Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 46 hereof with the same force and effect as if fully set forth herein.

48.   The use by Defendants of the Infringing Mark infringes Plaintiff's CANNABIS CUP Marks and constitutes an unfair method of competition in business and an unfair trade practice in business, as well as a fraudulent representation, which are damaging to the public interest in violation of the Washington Consumer Protection Act, R.C.W. § 19.86.020.

49.   The use by Defendants of the Infringing Mark that infringes Plaintiff's CANNABIS CUP Marks in connection with cannabis-related events has been knowing, willful and deliberate.

50.   Plaintiff has been and will continue to be irreparably injured by reason of Defendants' unfair methods of competition and unfair trade practices in violation of the Washington Consumer Protection Act.  Such irreparable injury will continue unless the acts of Defendants are enjoined during the pendency of this action and thereafter.

51.   Plaintiff has been damaged by Defendants' actions in an amount to be proven at trial.

COMPLAINT - 11

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## FIFTH CAUSE OF ACTION

### (UNFAIR COMPETITION – WASHINGTON COMMON LAW)

52.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 51 hereof with the same force and effect as if fully set forth herein.

53.    This claim arises under the common law of the State of Washington relating to trademark infringement and unfair competition.

54.    The improper use by Defendants of the Infringing Mark, which is confusingly similar to the CANNABIS CUP Marks, Defendants' misappropriation of the CANNABIS CUP Marks, and other unfair activities constitute unfair competition and a violation of the common law rights of Plaintiff under the laws of the State of Washington.

55.    The foregoing activities were and are likely to cause confusion or mistake among consumers as to the origin or affiliation of Defendants' unauthorized sales and services.  The unfair competition of Defendants has caused, and will cause, irreparable injury and damage to the business, reputation, and goodwill of Plaintiff.  Such irreparable injury will continue unless the acts of Defendants are enjoined during the pendency of this action and thereafter.

56.    Plaintiff has been damaged by Defendants' actions in an amount to be proven at trial.

## SIXTH CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT -- WASHINGTON COMMON LAW)

57.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 56 hereof with the same force and effect as if fully set forth herein.

58.    This claim arises under the common law of the State of Washington relating to trademark infringement.

COMPLAINT - 12

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

59.    The improper use by Defendants of a name and mark identical to the CANNABIS CUP Marks of Plaintiff was, and is, likely to cause confusion or mistake among consumers as to the origin or affiliation of Defendant's unauthorized sales, products or services.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants as follows:

A.    That a preliminary and permanent injunction be entered against Defendants and their agents, servants, representatives, employees, successors and/or assigns, and all persons or companies in active concert and/or participation with them, preliminarily and permanently enjoining them from (i) using any marks, including but not limited to CANNABIS CUP, or any other terms, comprising or containing the term CANNABIS CUP alone or with other elements, or any marks confusingly similar to the CANNABIS CUP Marks, or which are likely to suggest a connection with Plaintiff, or committing any other act, which falsely represents or which has the effect of falsely representing that the goods or services of Defendants or of any third party are licensed, authorized by, endorsed or in any way associated with Plaintiff; (ii) committing any other acts which falsely represent or which have the effect of falsely representing that Defendants and their services are associated with, authorized, endorsed or sponsored by Plaintiff; or (iii) otherwise competing unfairly with CANNABIS CUP or retaining the benefits of any past unfair competition;

B.    That pursuant to 15 U.S.C. § 1116(a), Defendants be directed to file with the Court and serve upon Plaintiff, within 30 days after entry of final judgment, a report in writing and under oath setting forth in detail the manner and form in which they have complied with the provisions set forth in Paragraph A;

COMPLAINT - 13

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\63500-63599\63502 High Times\00001\Complaint re NW Harvest Fest

1

2

C.     That Defendants be directed to account to Plaintiff for all gains, profits and advantages derived from their wrongful acts, together with interest thereon;

3

4

5

6

7

8

9

D.     That Plaintiff be awarded such damages as Plaintiff has sustained as a consequence of Defendants' counterfeiting and infringement of the CANNABIS CUP Marks, and that the award to Plaintiff be trebled as provided for under 15 U.S.C. § 1117; alternatively, that Plaintiff be awarded statutory damages pursuant to 15 U.S.C. § 1117(c) of up to $2,000,000 for each trademark that Defendants have willfully counterfeited and infringed;

10

11

12

13

E.     That as exemplary damages pursuant to 15 U.S.C. §§ 1117(b) and 1125(c)(2), Plaintiff recover from Defendants three times the amount of Defendants' profits or Plaintiff's damages, whichever is greater, for willful infringement;

14

15

F.     That Defendants pay to Plaintiff all costs and expenses incurred in this action, including reasonable attorneys' fees; and

16

17

G.     Granting Plaintiff such other and further relief as the Court may deem just and proper.

18

19

20

21

22

23

24

25

26

COMPLAINT - 14

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

Dated this 29ᵗʰ day of August, 2013.

                              Respectfully submitted,

                              VANDEBERG JOHNSON & GANDARA LLP


                              By
                                   Daniel Gandara, WSBA#8635
                                   Attorneys for Plaintiff

                              Kieran G. Doyle (*pro hac vice* application to be
                              filed)
                              Arlana S. Cohen (*pro hac vice* application to be
                              filed)
                              Thomas Kjellberg (*pro hac vice* application to be
                              filed)

                              COWAN LIEBOWITZ & LATMAN, P.C.
                              1133 Avenue of the Americas
                              New York, New York  10036
                              (212)790-9200


                              *Attorneys for Plaintiff Trans-High Corporation,
                              Inc.*

COMPLAINT - 15

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

# EXHIBIT A



## NW Harvest Fest & Cannabis Cup with - Ky-Mani Marley!

We have worked hard to put together a magical weekend on several gorgeous acres in Bow, WA dedicated to the culture of Cannabis and music. Set to be full of music, activists, speakers, great food, camping and all the Cannabis you could imagine! Come and be a part of the fight for our rights to Cannabis. We invite patients and citizens to come together to celebrate our culture of Cannabis and way of life. We hope to see all cannabis supporters together at NW Harvest Fest celebrating this groundbreaking time in our state's history.

*Tickets will be increasing in price at the gate! 2-day passes will be $70 and 1-day passes will be $50.*

## SEPTEMBER 6TH–7TH

## NW HARVEST FEST 2013



## Cannabis Cup Details

SAMPLES CAN BE DROPPED OFF AT:

NORTHERN CROSS COLLECTIVE GARDEN
1311 CORNWALL AVENUE
BELLINGHAM WA 98225
OR
ANALYTICAL 360

Home    Tickets    Cannabis Cup    Gallery    Get There    More

Buy Tickets!

Follow @wix

This years Sponsors

© 2013 Noggin Branding

http://www.nwharvestfest.com/



# Cannabis Cup

*5 SUBMISSIONS GETS 6TH ONE FREE*
*ALL SUBMISSIONS FOR EACH CATEGORY ARE 150$*

THE GRAND PRIZE FOR OVERALL BEST FLOWER IS A 3 NIGHT STAY IN MAUI WITH PAID FLIGHT AND HOTEL



### FLOWER:

MINIMUM SUBMISSION OF 2 OZ PER STRAIN

*TESTING CATEGORIES:*

INDICA | SATIVA | HYBRID

*TESTING FOR:*

THC I CBD I CBC I CBG I FRAGRANCE & TASTE

TOP SATIVA I INDICA I HYBRID AWARD: CUSTOM MADE HARVEST FEST MEDALLIONS



## CONCENTRATE:
MINIMUM SUBMISSION OF 15 GRAMS PER CONCENTRATE
*WE ARE TESTING:*
SOLVENTS I NON SOLVENTS I CO2 I BHO I HASH I RSO

*TESTING FOR:*
RESIDUALS I ACTIVE CANNABINOIDS I THC I CBD I CBC I CBG

GRAND PRIZE FOR CONCENTRATE IS A VACUUM PUMP AND VACUUM CHAMBER
TOP BHO I CO2 I RSO I SOLVENT-LESS AWARD: CUSTOM MADE HARVEST FEST
MEDALLIONS



## EDIBLES:
*SUBMIT ONE SAMPLE BY AUG 26 TO BE TESTED BY ANALYTICAL 360 AND ON SEPT 6TH THE*
*FIRST DAY OF THE FESTIVAL BRING IN 20 SERVINGS OF EACH EDIBLE TO THE CANNABIS*
*CUP BOOTH AT NW HARVEST FEST.*

*TESTING FOR:*
MG I THC I CBD I CBG I CBC
ACTIVE CANNABINOIDS I TASTE I APPEARANCE

GRAND PRIZE FOR EDIBLES IS A RAPTOR HOOD, SWITCHABLE BALLAST, AND A 1,000 WATT BULB



GRAND PRIZE FOR TOPICALS IS 8 MONTH SUBSCRIPTION TO HARVEST QUARTERLY-NORHTERN CROSS' PREMIER MAGAZINE



*Click to download Cannabis Cup Contract*

SAMPLES CAN BE DROPPED OFF AT:

NORTHERN CROSS COLLECTIVE GARDEN
1311 Cornwall Avenue
Bellingham, WA 98225
(360) 778-2959

OR

ANALYTICAL 360
4035 Stone Way N  Seattle, WA 98103
(206) 577-6998



NE TO DROP OFF SAMPLES IS 09/01/2013.

Home   Tickets   Info   Participate   Cannabis Cup   Gallery   Get There   More

© 2013 Noggin Branding



# NW Harvest Fest Line-Up

## Main Stage:

### Friday Night:

Learning Team
Galapagos
Acorn Project
Staxx Brothers

### Saturday Night:

Pacific High
Mr. Feelgood & the Firm Believers
Snug Harbor
Cannabis Cup Awards
Down North
Polecat
Ky-Mani Marley

## DJ Stage:

### Friday Night:

Dekka
Owleks
IG88
MarQ
Jameson Just
Marble
Hyperfunk
Blessed Coast
Glitch & Swagga
SKARFON
Dawnchaser

### Saturday Night:

Arkitek
49th Parallel
Ignelzi
The Godfather
Sonny Chiba
Just One

http://www.nwharvestfest.com/



Home   Tickets   Info   Participate   Cannabis Cup   Gallery   Get There   More

Mikey Made
INNIT
Pressha
DJ Wheelz
Abstrakt Sonance

© 2013 Noggin Branding

http://www.nwharvestfest.com/